UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DVBE ELECTRIC, INC., a California corporation; and BRIAN THOMAS ARMSTRONG, an individual,<br><br>Defendants. | CASE NO.: 5:21-cv-01267-MCS-SP<br><br>**ORDER REOPENING ACTION, VACATING PRIOR DISMISSAL, AND DISMISSING ACTION WITH PREJUDICE (ECF No. 33) (JS-6)** |

Pursuant to the Stipulation for Dismissal With Prejudice between Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al., and Defendants, DVBE Electric, Inc. and Brian Thomas Armstrong, and good cause appearing therefore, **IT IS HEREBY ORDERED:**

1. This action is reopened for the limited purpose of vacating this Court's Order entered on March 9, 2022, re: Stipulation Reopening Action, Vacating Dismissal, and Retaining Jurisdiction of Action to Enforce Parties' Settlement;

    2.    This Court's Order entered on March 9, 2022, re: Stipulation Reopening Action, Vacating Dismissal, and Retaining Jurisdiction of Action to Enforce Parties' Settlement is vacated;

    3.    This action is dismissed with prejudice.

The Court directs the Clerk to close the case.

Dated: April 29, 2024

*Mark C. Scarsi*
_____
Honorable Mark C. Scarsi
United States District Judge